UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MORGAN MEMORIAL GOODWILL INDUSTRIES, INC. as fiduciary to THE MORGAN MEMORIAL GOODWILL INDUSTRIES FLEXACCOUNT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>AXIS BENEFIT ADMINISTRATORS, INC. d/b/a AXIS HEALTH PARTNERS, KHA ACCOUNTANTS & ADVISORS, P.C., and DARREN BOTTINELLI,<br><br>Defendants. | Case No.: 3:17-cv-1168-AA<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS KHA ACCOUNTANTS & ADVISORS, P.C. WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(2) |

This matter comes before the Court on Plaintiff Morgan Memorial Goodwill Industries, Inc.'s Motion To Dismiss KHA Accountants & Advisors, P.C. With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2). This Court, having reviewed the Motion and being fully apprised of the matters at issue, ORDERS as follows:

KHA Accountants & Advisors, P.C. is hereby dismissed from Case No. 3:17-cv-1168-AA with prejudice. KHA Accountants & Advisors, P.C. and Morgan Memorial Goodwill Industries, Inc. are each responsible for their own costs and attorneys' fees.

Date: October 17, 2018

BY THE COURT:

_____
The Honorable Ann L. Aiken