UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MORGAN MEMORIAL GOODWILL INDUSTRIES, INC. as fiduciary to THE MORGAN MEMORIAL GOODWILL INDUSTRIES FLEXACCOUNT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>AXIS BENEFIT ADMINISTRATORS, INC. d/b/a AXIS HEALTH PARTNERS, KHA ACCOUNTANTS & ADVISORS, P.C., and DARREN BOTTINELLI,<br><br>Defendants. | Case No.: 3:17-cv-1168-AA<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DARREN BOTTINELLI WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(2) |

This matter comes before the Court on Plaintiff Morgan Memorial Goodwill Industries, Inc.'s Motion To Dismiss Darren Bottinelli With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2). This Court, having reviewed the Motion and being fully apprised of the matters at issue, ORDERS as follows:

Darren Bottinelli is hereby dismissed from Case No. 3:17-cv-1168-AA with prejudice. Darren Bottinelli and Morgan Memorial Goodwill Industries, Inc. are each responsible for his or its own costs and attorneys' fees.

Date: 11/27/2018

BY THE COURT:

_____
The Honorable Ann L. Aiken